

FILED

JAN 1 4 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSIAH BURKE AND CRYSTAL BURKE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN OSNESS, DALE OSNESS, TOM FERGUSON, individually and as agent for TF CONSTRUCTION, and DALLAS CRANFORD, individually and as agent for LIBERTY ENVIRONMENTAL, LLC.,<br><br>Defendants. | CV 18-144-BLG-SPW<br><br>ORDER |

Plaintiffs Josiah Burke and Crystal Burke move for the admission of Dustin T. Lujan to practice before the Court in the above captioned matter with Laurence W. Stinson of Bozeman, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiffs' motion to admit Dustin T. Lujan to appear *pro hac vice* (Doc. 17) is **GRANTED** and he is authorized to appear as

1

counsel with Laurence W. Stinson pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 14th day of January, 2019.

SUSAN P. WATTERS
United States District Judge