FILED

MAY 06 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSIAH BURKE AND CRYSTAL BURKE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN OSNESS, DALE OSNESS, TOM FERGUSON, individually and as agent for TF CONSTRUCTION, and DALLAS CRANFORD, individually and as agent for LIBERTY ENVIRONMENTAL, LLC,<br><br>Defendants. | CV 18-00144-BLG-SPW<br><br><br>ORDER |

Pursuant to the parties' joint Stipulation to set Aside Default of Defendants Tom Ferguson and TF Construction LLC (Doc. 37), and for good cause appearing,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule 55(c), the Clerk's Entry of Default (Doc. 27) is set aside.

1

**IT IS FURTHER ORDERED** that Defendants Tom Ferguson and TF Construction's Motion to Set Aside Default (Doc. 34) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Tom Ferguson and TF Construction LLC shall file their responsive pleading by **Monday, May 20, 2019**.

DATED this 6th day of May, 2019.

SUSAN P. WATTERS
United States District Judge