FILED

OCT 4 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSIAH BURKE AND CRYSTAL BURKE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN OSNESS, DALE OSNESS, TOM FERGUSON, individually and as agent for TF CONSTRUCTION, and DALLAS CRANFORD, individually and as agent for LIBERTY ENVIRONMENTAL, LLC,<br><br>Defendants. | Cause No.: CV 18-144-BLG-SPW<br><br>**ORDER** |

Defendants, Brian Osness and Dale Osness, on behalf of all parties, have filed an Unopposed Motion to Vacate Scheduling Order and Continue Trial (Doc. 60), on the basis that the parties have reached a settlement agreement in principle. For good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Brian Osness and Dale Osness's Unopposed Motion to Vacate Scheduling Order and Continue Trial (Doc. 60) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for Wednesday, March 11, 2020 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the trial in this matter set for Monday, March 23, 2020 at 9:00 a.m. is **VACATED** along with all associated deadlines outlined in the Court's Scheduling Order (Doc. 18).

**FURTHER**, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case or a status update on or before **December 2, 2019**.

DATED this 3rd day of October, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge