IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSIAH BURKE AND CRYSTAL BURKE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN OSNESS, DALE OSNESS, TOM FERGUSON, individually and as agent for TF CONSTRUCTION, and DALLAS CRANFORD, individually and as agent for LIBERTY ENVIRONMENTAL, LLC,<br><br>Defendants. | CV 18-00144-BLG-SPW<br><br>ORDER |

THIS MATTER comes before the Court upon Defendants' Joint Unopposed Motion for Leave to File Settlement Agreement Under Seal Pursuant to F.R.Civ.P. 5.2(d) and D.Mont. L.R. 5.2 (Doc. 68). For good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the settlement agreement (Doc. 69) under seal.

DATED this 15th day of January, 2020.

SUSAN P. WATTERS
United States District Judge