

FILED
MAR 0 3 2020
Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JOSIAH BURKE AND CRYSTAL BURKE, husband and wife, individually and on behalf of their minor children,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN OSNESS, DALE OSNESS, TOM FERGUSON, individually and as agent for TF CONSTRUCTION, and DALLAS CRANFORD, individually and as agent for LIBERTY ENVIRONMENTAL, LLC.<br><br>Defendants. | Civil Action No. CV 18-144-BLG-SPW<br><br>**ORDER** |

This matter having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) (Doc. 75), and all other parties having consented to the relief sought in the motion,

IT IS HEREBY ORDERED that this matter be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs of action and attorneys' fees.

1

DATED this 3rd day of March, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge